## Declaration of Sr. JoAnn Persch, RSM

1. I am a member of the Sisters of Mercy and a member of the Coalition for Spiritual and Political Leadership.

2. I have been providing pastoral care to immigrant families since 1985. In 1990, I helped open the Su Casa Catholic Worker House for Central American Asylum Seekers, providing shelter for Central Americans fleeing violence. I worked with the Marjorie Kovler Center Su Casa, where Sister Pat Murphy and I lived in a house with survivors of torture. In 2005, we were appointed justice ministers for the Chicago community of the Sisters of Mercy. In 2006, I heard about a lawyer praying at the ICE facility in Broadview and went there with Sister Pat for the first time on January 5, 2007. We returned each week to pray with and provide pastoral care until the COVID-19 lockdown in March 2020 halted in-person contact.

3. In praying and talking with families outside the facility, we told of the trauma the detainees were enduring. We asked ICE personnel at the Broadview facility if we could meet with the detainees inside, but we were told no. Next, we called the Midwest ICE Field Office Director, but did not receive a return call. Finally, we wrote a certified letter and received a call in return, telling us to go to McHenry County Jail to provide pastoral care.

4. Early in 2008, we went to the McHenry County Jail but were denied entry. During that year, the Access to Religious Ministry Act of 2008 was proposed, requiring county jails used for ICE detainees to provide religious workers with reasonable access. The Act was passed unanimously in the Illinois House and Senate and became law in June 2009. We contacted ICE and were asked to add 3 more jails to our ministry: Kenosha, WI; Dodge County, WI; and Kankakee, IL.

5. We kept communicating with the ICE Chicago Field Office Director about access to Broadview. In 2009, we were allowed to pray with detainees on buses as they were readied for deportation flights. Our meetings with detainees were allowed during family visitation hours from 4 a.m. to 6 a.m. The length of the meetings varied, as ICE monitored when the planes were leaving, sometimes from Gary airport, and the detainees had to leave depending on when the flights were ready to depart. When the deportations were temporarily moved to the jail in Kankakee, IL, we continued meeting the detainees at 4 a.m.

6. The stories we heard from families about the trauma detainees endured led us to request permission from ICE to gain access to the facility to pray and provide pastoral care to detainees. Initially, the ICE personnel at the Broadview facility denied the request, and calls to the ICE Field Office Director went unanswered. We reached out directly to the field office director for ICE's Enforcement and Removal Operations (ERO) Chicago, Richard Wong, who approved our request and personally escorted us into the Broadview facility in March 2010 to provide pastoral care.

7. During the years we had permission to provide pastoral care to detainees inside the ICE Broadview facility, a young female reporter and photographer from Al Jazeera followed us around inside the Broadview facility as we met detainees. A couple of the ICE communications people were there during this time when the Al Jazeera reporter and photographer were present, and they suggested good shots for the photographer to take.

8. As part of our mission during this time, we started the Interfaith Committee for Detained Immigrants. In addition to our ministry in Broadview and four jails, we also started a court watch program, two houses for detainees released from jail, and a ministry in our children's home for unaccompanied minors. For the next ten years, we met detainees and their

families at 4 a.m. every Friday. For the nine months that the Broadview ICE facility was being remodeled, we relocated our visits to the Chicago field office, which was handling detainees and deportations. The Chicago field office deputy director, Louis Zamora, told us we needed a permit to pray at the field office locations and explained how to get one. Upon obtaining the permit, we continued our 4 a.m. meetings until the Broadview facility reopened, and we relocated back to Broadview. The only thing that stopped our visits inside the Broadview ICE facility was the nationwide lockdown due to the COVID-19 pandemic in 2020. Until the lockdown was lifted, we conducted our meetings and prayers with detainees at Broadview and the jails online via Zoom.

9. Sr. Pat and I were on two committees for persons coming up from the border, i.e., the Archdiocese/Catholic Charities and the Sanctuary Working Group. During the lockdown, the director of the Broadview ICE facility called me and asked for help finding housing for a woman who was released and had nowhere to go. We found housing for her and went to the Broadview ICE facility, picked her up, and took her to meet a volunteer with the housing.

10. The end of the lockdown also meant that Sr. Pat and I could resume praying at the Broadview ICE facility. We continued to have cordial relations with ICE personnel at the facility and the Chicago field office and resumed praying the Rosary at the base of the steps leading into the facility. We would greet the ICE officers as they came and went, and they did not raise any problems with any of us. For example, in January 2025, a reporter and photographer from the Chicago Tribune, and later a photographer and videographer from the Associated Press, attended our prayer service, and no one from ICE did anything to interrupt or bother us. We were trusted is the best that I can say.

11. But it ended abruptly when ICE's "Chicago Midway Blitz" began. While praying the Rosary at the base of the steps, agents in camouflage uniforms and masks rushed down the steps towards us at the bottom, leading into the facility. There was no longer any contact with ICE personnel or anyone else in the facility, and we could not get near the building. The following week, we were moved down the block from the facility. Shortly thereafter, fencing was installed around the facility, and all prayer on its premises was effectively ended.

12. The conditions in the Broadview ICE facility today are creating an emergency for detainees. No one associated with the facility or ICE sees the detainees as human beings. Our ministry in Broadview always treated detainees as human beings, with dignity and respect. What is going on now is so disrespectful. The men and women being detained deserve to know that there are people out here trying to make things different, looking out for them, just listening to them and their fears; their utter depression over what is happening. Pastoral care involves caring for the soul. Given the conditions detainees find themselves in today after being rounded up and grabbed off the street, in many instances, torn from their families, and forced to endure the inhumane conditions inside the Broadview ICE facility, detainees need pastoral care now more than ever before ICE started its Midway Blitz.

13. For a decade, I was permitted to enter the Broadview ICE facility, pray, and offer pastoral support to detainees. My visits occurred weekly, with never a question raised regarding the safety or security of myself, the detainees, or anyone working for ICE. Now, with the Illinois State Police relaying that ICE only said no to our request to pray and give Holy Communion to detainees, and with a terse reference to safety and security in an email from the ICE field office, I am being denied the right to pray and offer the pastoral care that I have done for over a decade at the Broadview ICE field office.

14. With other members of CSPL, I participated in the Eucharistic Procession to the ICE facility in Broadview on October 11, 2025. I was also a member of the clergy who walked up to the gates of the Broadview facility during the Procession seeking permission to pray and distribute Holy Communion to detainees. The Illinois State Police told us that ICE simply said "no" in response to our request.

15. I am one of nineteen signatories to a letter CSPL sent to the Chicago ICE Field Office on November 6, 2025, requesting a meeting with an ICE/DHS official who has the authority to discuss and implement a process for clergy to enter the Broadview ICE facility to provide pastoral care, pray, and distribute Holy Communion to detainees. As of the date of this Declaration, no one has responded to the letter. For over a month, CSPL has sent letters and emails and visited the Chicago field office in person, attempting to reach an ICE or DHS official who could tell us the requirements or protocols for clergy to be granted permission to enter the facility. No one from ICE or DHS has made an effort to contact us to try and reach some accommodation, no matter how often we ask.

16. It is perplexing to me that no one will speak to us. In the past, I had discussions with Ricardo Wong and Louis Zamora, directors of the Chicago field office, as well as ICE community liaisons. When ICE needed housing for a woman in 2022, I was personally called by the director of the Broadview ICE facility and asked to help arrange it. Even after the end of the pandemic lockdown through early September 2025, ICE personnel spoke to us and treated us cordially as we prayed at the ICE facility.

17. Today, I am denied my right to express my faith, and no one from ICE will tell me, or is willing to explain to me, any compelling reason why. While the continuation of the violation of my rights compounds the harm to me, I am more concerned about the detainees

whose rights to exercise their faith are being restrained when they most need it. By practicing my faith, I provide detainees with the means to practice theirs. The harm to them can never be remedied, especially as they are being spiritually abandoned in their darkest hours.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 14th day of November 2025.

*Sr. JoAnn Persch, RSM*
Sr. JoAnn Persch, RSM