## <u>Declaration of Dr. Michael Okinczyc-Cruz</u>

1.      I am the Executive Director of the Coalition for Spiritual and Public Leadership (CSPL). I have a Doctor of Ministry degree from Fordham University's Graduate School of Religion and Religious Education, and I am an adjunct professor of theology at the Loyola University of Chicago Institute of Pastoral Studies.

2.      I organized the Eucharistic Procession from St. Eulalia Church in Maywood, Illinois, to the ICE facility in Broadview on October 11, 2025, and the Mass held two doors down the street from the Broadview ICE facility on November 1, 2025, the Catholic feast of All Saints Day. At each of these services, I assisted a small contingent of clergy and women religious in requesting permission to enter the ICE facility to pray, distribute Holy Communion, and provide pastoral care to detainees there.

3.      Catholic sisters, clergy and laity have been praying at the Broadview ICE facility for close to twenty-five years. A group of Catholic sisters, clergy and laypersons have prayed the Rosary at the facility weekly since 2006, save for some of the time during the COVID-19 pandemic lockdown. Sr. JoAnn Persch and Sr. Pat Murphy were granted permission in 2009 to pray with detainees on buses outside of the Broadview ICE facility before their transfer to awaiting planes for deportation. In early 2010, the two sisters were granted permission to enter the ICE facility in Broadview to pray and provide pastoral care to detainees.

4.      At no time from the early 2000s through early September 2025, except during the national lockdown associated with the COVID-19 pandemic, have Catholics and persons of other faith communities not been allowed to pray at the ICE facility in Broadview. During the pandemic, pastoral care was provided online by Sr. JoAnn and Sr. Pat.

5.      With the history of providing pastoral care in the ICE facility in Broadview, the CSPL, of which Sr. JoAnn Persch is a member, believed that detainees needed pastoral care more

than ever, given the increased actions by ICE rounding up immigrants from their homes, places of work, and off the street, and housing them in what has been described as inhumane conditions. The fears, anxiety and depression detainees endure resulting from the trauma of their seizures and incarceration, with little or no opportunity to contact their family or legal representation, leave them in such a state that they need pastoral care now more than ever. Accordingly, CSPL began trying to reach out to DHS and ICE in late September, after the facility was completely closed off.

6.      Having not been able to contact anyone from DHS/ICE, on October 4, 2025, I asked Sr. JoAnn Persch, who had been allowed to provide pastoral care inside the ICE facility at Broadview for over ten years, if she knew anyone that I could contact. She reached out to a community liaison from ICE that she had previously worked with and gave that person my contact information, as I wanted to speak to someone at DHS/ICE, since CSPL was in the planning stages of the Eucharistic Procession, tentatively scheduled for October 11, 2025. I never received a call from the community liaison person or any other DHS/ICE representative.

7.      I did speak to an Illinois State Police director and asked him to reach out to ICE on CSPL's behalf to convey our intention to have the Eucharistic Procession to Broadview, and request permission to pray and bring Holy Communion to detainees at the facility. Although I understand that the director made the request, I never heard anything further about that request.

8.      After multiple attempts to contact DHS or ICE to no avail, I obtained the email address of the ICE interim Chicago Field Officer, Defendant Holt, and on October 10, 2025, at 2:54 p.m., sent him an email asking if a small group of priests and nuns could administer Holy Communion to detainees at the facility as part of their Eucharistic procession the next day. Ten minutes later, Defendant Holt responded by email declining to accommodate our religious

2

service "due to safety and security concerns and the transitory nature" of the facility.

9.      The terse denial without any explanation of what safety and security concerns could be, especially as Sr. JoAnn had been allowed to provide pastoral care in the ICE facility at Broadview for a decade, moved CSPL to proceed with our planned Eucharistic Procession on October 11, and request directly to the ICE personnel at the facility for a small delegation of clergy and sisters to pray with and provide Holy Communion to detainees. Thus, with approximately 1,000 Catholics and people of faith and over two dozen priests and nuns, we held our Eucharistic Procession from St. Eulalia Church to the Broadview ICE facility. When we reached the facility, we asked an Illinois State Police officer if we could enter. The officer called ICE personnel and made our request, which the Illinois State Police officer told us ICE had denied. Accordingly, the celebrants who were in the Procession prayed among themselves, distributed Holy Communion, and departed.

10.     Visiting the detainees, providing them with pastoral care, praying and administering Holy Communion to them are part of the long tradition of what Catholics have always done. We see the detainees as our brothers and sisters in Christ. An immigrant or detainee is Christ, and we are called to visit and help them. Accordingly, the denial on October 11 could not end our determination to bring Christ to the detainees. Thus, we began planning a Mass at the ICE facility in Broadview for November 1, 2025, the feast of All Saints in the Catholic Church. As the Mass would be held in Broadview, Illinois, we contacted Mayor Katrina Thompson regarding our plans.

11.     On October 23, 2025, Mayor Thompson sent an email and certified letter as a "formal request" to the ICE Chicago Field Office requesting that CSPL be granted permission to hold the Mass directly in front of the ICE facility on November 1, 2025, and that we be granted

permission "to enter the facility to offer communion to any detainees who want to participate."
The Mayor told ICE that the Village of Broadview wished to support CSPL's "goals of spiritual
healing, social cohesion, and prayer." Mayor Thompson did not receive a response from DHS or
ICE.

12.     On October 24, 2025, I sent a letter on behalf of CSPL via email to the ICE
Chicago Field Office requesting that a small group of eight religious ministers be granted access
to the ICE facility in Broadview "to provide Holy Communion to our community members who
are inside the facility" on November 1, 2025. The letter explained that November 1 is All Saints
Day, "a sacred feast day in the Catholic tradition, and we wish to include them in our religious
service by offering them Holy Communion on this day."  I added that all other celebrants at the
Mass would remain "outside of the ICE facility in peaceful prayer," and requested that the letter
be accepted "as a formal request."

13.     Not having received a response after four days, I sent a follow-up email on the
morning of October 28, 2025, to ICE to confirm that it had received my letter of October 24
regarding access to the ICE facility as part of our Mass on All Saints Day, November 1. I also
added that, per an article in the Chicago Tribune, I understood that ICE required a minimum of a
week's notice for a request like the one we were asking and reminded ICE that my formal
request was dated October 24, and that Mayor Thompson's letter was sent by email on October
23. Later in the morning of October 28, 2025, I received a response that was almost identical to
the one that I received from ICE on October 10, which denied our request, merely noting "due to
safety and security concerns and the transitory nature" of the facility. There was no explanation
of what the safety and security concerns were, or what transitory nature meant, or why it could
possibly be a reason to deny our request.

14.     I sent another email after the denial, asking for an in-person meeting with a small delegation of CSPL members at ICE's office to discuss our request and the denial. I received an email in response stating: "This has been forwarded to the appropriate unit for review." Not having received any further contact from ICE by the evening of October 29, 2025, we decided at our CSPL Regional Meeting that evening to visit the DHS/ICE Field Office on Ida B. Wells Drive in Chicago the next morning at 9 a.m. to peacefully and persistently follow up on our request. Thus, on October 30, Sr. Jeremy Midura, Fr. Dennis Berry, Fr. David Inczauskis, and I visited the ICE office. We were told by an ICE agent that the director was not in the office and that no one else could speak to us regarding our request. When Sr. Jeremy told the agent that all we wanted to do was bring Holy Communion to the detainees, the agent replied, "I don't think that is going to happen." We delivered our letter to the agent and were told we should expect a response by telephone or email later that day.

15.     I sent a follow-up email to the ICE Chicago Enforcement and Removal Operations (ERO) Chief of Staff on October 31, 2025, requesting confirmation that ICE had received our letter, which was hand-delivered. The email also stated that "we are more than willing to meet with a member of your staff to discuss this request further and to explore all options for how our ministers can provide Communion and pastoral care to those inside the ICE facility in Broadview." Not having received a response to my October 31 email, I sent another to the ERO Chief of Staff at 7:34 in the morning of November 1, 2025, noting that we would be holding our Catholic Mass starting at 10 a.m., and adding that we hope that a representative from ICE and DHS could speak with a member of our small delegation of clergy who wished to provide Holy Communion at the facility later in the morning.

16.     We had Catholic Mass between 10 a.m. and 12 p.m. on November 1, 2025, down

the block from the ICE facility in Broadview for about two thousand people, including, in addition to the large number of Catholic clergy, sisters, many ministers and people of different faith communities in attendance. The Illinois State Police assisted the CSPL when asked to convey a message to ICE officials requesting permission for a small group of clergy and sisters to administer Holy Communion to and pray with detainees. ICE's response was No, and nothing more.

17.     On November 6, 2025, I drafted a letter to ICE (the "November 6 Letter") asking what we needed to do to get permission for Catholics and other people of faith to meet the spiritual needs of detainees in the ICE facility in Broadview, and to do so on a regular basis, as Sr. JoAnn and Sr. Pat had done for a decade. With the letter in hand, members of CSPL's Women's Religious Council and Clergy Council, i.e., Fr. Juan Vargas, Sr. Kristin Peters, Gabriel Lara, and I, went into the DHS/ICE Field Office a little after noon to deliver the letter. Once inside, through security, and on our way to the elevator to the basement floor, where the offices had relocated, a security guard ran up to us and said the ICE office had just closed for the day and would not open again until the next morning at 8:00 a.m. We were told we could not deliver the November 6 Letter at the office and that there was no mailbox for ICE. We were then followed outside by a security guard and the guard remained there observing us up until we left. Therefore, I emailed the letter to the DHS/ICE Field Office later in the afternoon.

18.     The November 6 Letter "respectfully" requested a meeting with a "designated official" from either ICE or DHS, to discuss the process and procedures by which our small delegation of religious ministers can be granted access to the Broadview facility in order to provide pastoral care and Holy Communion to detainees who desire it." The November 6 Letter stated that we had previously submitted requests on October 28, 2025, October 30, 2025,

October 31, 2025, and November 1, 2025, requesting permission to bring pastoral care and Holy

Communion on the Catholic Feast of All Saints Day, November 1. As that day was no longer

relevant, we said we were "seeking a meeting at your earliest convenience, and a

forward-looking arrangement for regular access for our ministers."

19.    The November 6 Letter cited the recent remarks of Pope Leo XIV, as reported in

Reuters, addressing the treatment of detained migrants, which concluded, "I would certainly

invite the authorities to allow pastoral workers to attend to the needs of those people." The letter

pointed out that Pope Leo XIV's call to authorities "is directly applicable to the situation at the

Broadview ICE facility and underscores the moral and spiritual imperative to allow detained

persons the right to receive spiritual care and Holy Communion."

20.    The November 6 Letter advised DHS/ICE that the ministers in the delegation who

would provide pastoral care and Holy Communion were experienced as they had "long

experience serving in jails, prisons, and other detention centers." It added that, "in past years,

ministers were granted access to the Broadview ICE facility for pastoral purposes." The letter

stated that our experienced delegation of ministers "are more than willing to comply with any

security and safety protocols" that DHS/ICE requires, including, as per a report in the Chicago

Tribune, affording "the Secretary of Homeland Security with sufficient time to avoid interference

with executive authority."  In closing, the November 6 Letter "respectfully" requested:

- A meeting with an ICE/DHS official who has authority to discuss and implement the minister-access process.

- Clarification of the process, criteria, documentation, and timeline by which our delegation can be approved for regular pastoral access (including but not limited to administering Holy Communion) at the Broadview ICE facility.

- Consideration of our delegation's request to schedule regular, repeating access for ministers of various faith traditions to meet detainees' spiritual needs.

21.     I signed the November 6 Letter along with the CPSL Board President, six priests, nine sisters, a brother, and a deacon of CPSL's Women's Religious Council and Clergy Council. As of the filing of this Declaration, neither I nor the CPSL has received any response to the letter.

22.     I was among the group who requested and were denied their rights to freely express their religion during the Eucharistic Procession on October 11, 2025, and the Mass on November 1, 2025, with no more response than no.

23.     As my statements above show, since late September, I have made numerous attempts to have someone from DHS or ICE tell me what is required for the small contingent of clergy and sisters to get permission to enter the ICE facility at Broadview to pray and provide pastoral care, including distributing Holy Communion. I have respectfully asked for a meeting with someone from DHS or ICE to discuss any requirements or issues that DHS or ICE deemed appropriate to our request. The only response I have received is a denial "due to safety and security concerns and the transitory nature" of the facility. There has been no explanation of what safety and security concerns refer to, or what transitory nature means, or why it would be sufficient to deny our rights.

24.     As a Catholic, I believe that visiting immigrant detainees incarcerated by ICE is a tenet of my faith. Since what ICE calls its Operation Midway Blitz, people who have been seized by ICE from their homes and families and held in ICE facilities need pastoral care now more than ever. The trauma caused by the ICE seizures, with no access to notify their families or contact legal counsel, has left detainees isolated and abandoned. It has caused them to become severely depressed and wholly fearful for their lives, as they are told that they will be deported to

places many fled in fear for their lives in the first place. In addition, they are deeply anxious and fearful for their families that they have been separated from, who may no longer have any financial or material support, housing, or income. And, importantly, it will deny wives, husbands, fathers, mothers, sons, daughters, and all members of their families and friends the love that sustains their souls. Care of the soul is the essence of pastoral care. At this time in their lives, they need the support of their faith community and pastoral care. As a Catholic, I am called to minister to them, and doing so – performing this corporal work of mercy – is a religious practice of my faith.

25.     The practice of my faith is being denied to me and all detainees, with no explanation. I do not believe that merely saying no to the requests to offer pastoral care to detainees can be sufficient to deny my right to practice my faith. Nor do I believe that denying my rights based solely on a reference to "safety and security" can be sufficient, especially when access to Broadview was granted to Sr. JoAnn Persch and Sr. Pat Murphy for over a decade.

26.     Most importantly, denying detainees' rights to their faith, including denying them pastoral care, is harming them in ways for which they can never be healed. ICE's treatment of detainees crushes their souls and spirits. Denying their rights to practice their faith and receive the sacraments and pastoral care will only lead to despair.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 14th day of November 2025.

Michael Okinczyc-Cruz