## Declaration of Fr. Dennis Berry

1. I am a Catholic priest ordained in 1974 and a member of a Catholic religious community, the Missionary Servants of the Most Holy Trinity (Trinity Missions). For 55 years, since my days in the seminary, I have been working with the immigrant community, principally in California, New Jersey/New York, Alabama, Puerto Rico, the Washington, D.C. area, and now Chicago.

2. From 1984 to 1990, I served as one of the volunteer Catholic Chaplains in Orange County, CA, at the main jail complex, the youth facility, and various Southern California prisons, celebrating Masses, hearing confessions, and providing pastoral counseling and support to prisoners.

3. From 2004, at its inception as an immigration detention center until I was reassigned in 2016, I was a volunteer Catholic Chaplain at the Stewart Detention Center in Lumpkin, GA. The Stewart Detention Center was a 1750-bed facility in 2011, when it was the largest and busiest ICE facility in the United States. Stewart housed detainees who ICE apprehended off the street in the U.S., detainees who had been released from prison before deportation, and detainees who were considered more dangerous, awaiting deportation.

4. At Stewart, I celebrated Mass in the dining room for 100+ detainees. I also prayed, heard confessions, and administered Holy Communion to detainees individually in their cell blocks. I went from door to door and met with detainees, and frequently met detainees held in solitary confinement. I had one-on-one meetings with detainees who had been released from prisons for serious felonies and inmates who were housed in cellblocks reserved for those who were considered dangerous.

5. My experiences working in Southern California prisons and Stewart Detention Center have made me well aware of safety and security concerns. Still, those concerns never interfered with my pastoral mission to detainees, inmates, and immigrants.

6. I attended the November 1, 2025, Mass and was a member of the delegation denied access to pray and to administer Holy Communion to detainees at the Broadview ICE facility.

7. Having worked in one of the largest and busiest ICE facilities that housed criminals who committed serious felonies and some deemed inherently dangerous, denying me entry into the ICE facility in Broadview on the grounds of safety and security is absurd. Had ICE taken the time to meet with anyone from CSPL, as we had asked, ICE would have understood that the contingent of clergy who were seeking entry into the ICE facility were experienced in ministering to detainees or inmates in prisons, jails, detention centers, and other types of incarceration.

8. My experiences at Stewart Detention Center have afforded me insight into the specific problems that beset immigrants seized by ICE. ICE detainees have little hope of any alternative other than deportation. They have been separated from their families, which means they can no longer receive the consolation and love of their family towards themselves. At the same time, they understand the pain of not being able to provide the same consolation, love, financial and other support to their loved ones. In confinement, they are frustrated and feel wholly impotent to do anything for anyone. Their frustration and hopelessness can lead to immense anger and rage. Their souls can ultimately be crushed. At this time, they need the pastoral care that ICE denied them, as it denied our requests.

9.  There is no consolation or remedy for detainees who are not allowed access to the sacraments and pastoral presence that has supported and facilitated their experience of God in their lives up to this time. The practice of our Catholic faith brings this pastoral care, prayer, and Holy Communion to detainees. It brings God to people who feel abandonment. When my fellow clergy and I were denied our right to practice our faith, the detainees were also denied their rights to practice their faith. The denial of my rights cannot be undone, but the denial of detainees' rights cuts even deeper as it threatens to destroy any hope detainees may have.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 14th day of November 2025.

_Dennis Berry 86_
Fr. Dennis Berry