UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COALITION FOR SPIRITUAL AND PUBLIC LEADERSHIP, FR. LARRY DOWLING, SR. JEREMY MIDURA, FR. DENNIS BERRY, FR. DAN HARTNETT, and MICHAEL N. OKIŃCZYC-CRUZ, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, TODD LYONS, MARCOS CHARLES, RUSSELL HOTT, RODNEY S. SCOTT, GREGORY BOVINO, PAMELA BONDI, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. DEPARTMENT OF JUSTICE, and DONALD J. TRUMP, <br><br> Defendants. | No. 25 C 14168 <br><br> Judge Gettleman |

## DEFENDANTS' MOTION TO DISMISS

Defendants, by their attorney, Andrew S. Boutros, United States Attorney for the Northern District of Illinois, for the reasons stated in the concurrently filed Response to Motion for Preliminary Injunction, move to dismiss plaintiffs' complaint for failure to state a claim under Fed. R. Civ. P. 12(b)(6).

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Sarah F. Terman
    SARAH F. TERMAN
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 469-6201
    sarah.terman@usdoj.gov