# EXHIBIT 2

---------- Forwarded message ---------
From: **BSSA, Chicago** <Chicago.BSSA@ice.dhs.gov>
Date: Sun, Feb 1, 2026 at 11:24 AM
Subject: FW: Letter to Acting Field Office Director Keith Taylor - Request for Ash Wednesday
To: michael@csplaction.org <michael@csplaction.org>
CC: CHI-ERO-Chief of Staff <CHI-ERO-ChiefOfStaff@ice.dhs.gov>, Chicago.Outreach <Chicago.Outreach@ice.dhs.gov>


Director Okinczyc-Cruz,


We have received your request and have taken it into consideration. Unfortunately, we have to deny your request at this time as Broadview office is not a detention facility. Currently detainees spend very little time at the Broadview office, upon completion of being processed they are promptly transported to a detention facility for housing. Your coalition is welcome to visit with ICE detainees at any of our detention facilities listed below and we can assist with coordinating those visits. Thank you for your time.


| CLAY COUNTY JUSTICE CENTER | 611 EAST JACKSON STREET | BRAZIL | CLAY | IN | 47834 |
|---|---|---|---|---|---|
| DODGE COUNTY JAIL | 215 WEST CENTRAL STREET | JUNEAU | DODGE | WI | 53039 |
| CLARK COUNTY JAIL (IN) | | 501 EAST COURT AVE. | | JEFFERSONVILLE | |
| MARION COUNTY JAIL | | 695 JUSTICE WAY | | INDIANAPOLIS | |
| CLINTON COUNTY JAIL | | 301 E WALNUT STREET | | FRANKFORT | |
| SAUK COUNTY SHERIFF | | 1300 LANGE CT. | | BARABOO | |
| FULTON CO JAIL INDIANA | | 2006 SWEETGUM RD | | ROCHESTER | |
| WAUKESHA COUNTY JAIL | | 515 WEST MORELAND | | WAUKESHA | |

| BROWN COUNTY JAIL | 3030 CURRY LN | GREEN BAY |

Enforcement and Removal Operations

Chicago Field Office

This communication is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this communication should be furnished to the media, either in written or verbal form.