UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

Coalition for Spiritual and Public Leadership, et al.

                                              Plaintiff,

v.                                                    Case No.: 1:25−cv−14168

                                                           Honorable Robert W. Gettleman

Kristi Noem, et al.

                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 12, 2026:

      MINUTE entry before the Honorable Robert W. Gettleman: In court hearing held on 2/12/2026 and continued to 2/12/2026 at 3:00 p.m. Plaintiff's response to Defendants' Motion to Dismiss [21] due by 2/26/2026; government's reply due 3/12/2026. For the reasons stated on the hearing Plaintiffs' Motion for Preliminary Injunction [8] is granted in part. Enter order. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.