IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| COALITION FOR SPIRITUAL AND PUBLIC LEADERSHIP; FR. LARRY DOWLING; SR. JEREMEY MIDURA; FR. DENNIS BERRY; FR. DAN HARTNETT; and MICHAEL N. OKIŃCZYC-CRUZ | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 25 C 14168 |
| v. | ) ) | Judge Robert W. Gettleman |
| KRISTI NOEM; TODD LYONS; MARCOS CHARLES; RUSSELL HOLT; RODNEY S. SCOTT; GREGORY BOVINO; PAMELA BONDI; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. DEPARTMENT OF JUSTICE; DONALD J. TRUMP | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**SUPPLEMENTAL ORDER**

In light of the parties' representations at the hearing conducted this afternoon, in addition to the terms of this court's order of earlier this date (Doc. 26), the court further orders that:

1. The visit on Ash Wednesday, February 18, 2026, will take place in a space sufficient for the distribution of Communion and ashes.

2. The visit will occur at a time agreed to by the parties.

3. No more than four visitors may attend on behalf of plaintiffs, absent agreement of the parties.

4. Plaintiffs will provide defendants with 24-hour notice of the identity of the four individuals who will visit the Broadview facility on Ash Wednesday.

1

5. Plaintiffs' visitors shall be afforded the opportunity to briefly address the detainees as a group in order to explain their role and invite detainees to participate in Ash Wednesday services.

6. No detainee will be required to participate in Ash Wednesday services.

7. Plaintiffs' visitors will be required to undergo standard background check, ID verification, and usual security protocol for visiting the facility.

8. Plaintiffs' visit should preserve Immigration and Customs Enforcement's ("ICE") ability to implement security measures so as to avoid interference with facility operations and with operational parameters reasonably determined by ICE.

        **ENTER:**

        **Robert W. Gettleman**
        **United States District Judge**

**DATE: February 12, 2026**