**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Coalition for Spiritual and Public Leadership,
et al.

                              Plaintiff,

v.                                  Case No.: 1:25−cv−14168
                                  Honorable Robert W.
                                  Gettleman

Kristi Noem, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 31, 2026:

      MINUTE entry before the Honorable Robert W. Gettleman: In court hearing held on 3/31/2026. For the reasons stated on the record Plaintiffs' Renewed Motion for Supplemental Preliminary Injunctive Relief [33] is granted. Order will follow. In court hearing set for 4/7/2026 at 11:00 a.m. The parties are directed to file a joint or individual reports by 4/6/2026. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.