UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| COALITION FOR SPIRITUAL AND PUBLIC LEADERSHIP, FR. LARRY DOWLING, SR. JEREMY MIDURA, FR. DENNIS BERRY, FR. DAN HARTNETT, and MICHAEL N. OKIŃCZYC-CRUZ, | ) ) ) ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) | No. 25 C 14168 |
| MARKWAYNE MULLIN, TODD LYONS, MARCOS CHARLES, RUSSELL HOTT, RODNEY S. SCOTT, TODD BLANCHE, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. DEPARTMENT OF JUSTICE, and DONALD J. TRUMP. | ) ) ) ) ) ) ) ) | Magistrate Judge McNally |
| Defendants. | ) ) |  |

**JOINT STATUS REPORT REGARDING PROTOCOLS
FOR COURT-ORDERED VISITATION AT BROADVIEW**

The parties, through undersigned counsel, provide the following status report regarding their negotiations concerning clergy visitation protocols at Broadview.

1.   The district court entered a preliminary injunction on April 7, 2026.  That order directed ICE to "allow plaintiffs to access the Broadview facility on each day of the pendency of this litigation to offer services for those who desire them."  The court also directed the parties to "meet and confer to establish an appropriate protocol for the purposes of safety and security with regard to the daily visits."  Dkt. 40 at 5-6.

2.   That parties have completed that meet and confer process, agreeing to the protocols now attached as Exhibit A.

3.   Plaintiffs' visits will commence as soon as Friday, May 15, 2026.

4.    Because the protocols have been finalized, the parties do not perceive a need for the May 21, 2026 status hearing and jointly request that it be stricken.

5.    The parties are preparing to enter into expedited discovery as to the operational issues raised in the defendants' motion to alter or amend the preliminary injunction (dkt. 48).

6.    The parties will alert the court if they require judicial intervention as to any discovery issue.

Respectfully submitted,

/s/ *Thomas H. Geoghegan*
Attorney for Plaintiffs
DESPRES, SCHWARTZ, &
GEOGHEGAN, LTD.
Thomas H. Geoghegan Will W.
Bloom
77 West Washington Street, Suite 711
Chicago, Illinois 60602
Tel.: (312) 372-2511
tgeoghegan@dsgchicago.com

Patrick V. Dahlstrom, Esq.
Attorney for Plaintiffs
10 South La Salle Street, Suite 3505 Chicago,
Illinois 60603
Tel.: (312) 377-1181
pdahlstrom@pomlaw.com

ANDREW S. BOUTROS
United States Attorney

By: s/ Sarah F. Terman
      SARAH F. TERMAN
      Assistant United States Attorney
      219 South Dearborn Street
      Chicago, Illinois 60604
      (312) 469-6201
      sarah.terman@usdoj.gov

2

# Exhibit A

**Protocols for Court-Ordered Plaintiff Access to the
ICE Broadview Service Staging Area Facility**

1. **Access.** During the pendency of this federal litigation, as ordered by the court, Plaintiffs may access the ICE Broadview Service Staging Area Facility ("Broadview") to offer pastoral services on a daily basis to detainees who wish to receive pastoral care, including spiritual care, prayer, or facility-approved sacramental ministry, which may include rites tied to specific religious observances.

   Access will be provided in a suitable location that provides sufficient space for religious services to be carried out within reasonable operational parameters. The specific location and space will be determined at the discretion of ICE personnel, based on population levels, operational considerations, and facility needs.

   Plaintiffs shall timely submit their access request by sending an email to the following email address: Chicago.BSSA@ice.dhs.gov.

   Plaintiffs' visits will be made available after a detainee has completed intake and has been processed into the facility. Plaintiffs' visits must conclude in time for detainees to be transported out of the facility in an orderly way. Visits are not operationally feasible if they delay outgoing transport of any detainee.

   ICE may limit Plaintiffs' visitation based on clear threats to safety, security, and the orderly operation of the facility.

2. **Hours and Availability.** ICE shall allow Plaintiffs visits daily between 8:00 a.m. and 11:00 a.m., or alternatively between 1:00 p.m. and 4:00 p.m.

   ICE will accommodate one coordinated Plaintiffs visit per day.

   Visits will be limited to no more than (5) approved visitors per visit.

3. **Supervision During Visits**

   ICE personnel will maintain oversight of the designated areas where visits occur to ensure safety, security, and orderly operations. ICE will make reasonable efforts to afford a degree of privacy for pastoral communications, including confession or counseling, consistent with security protocols and facility operations.

4. **Permissible Restrictions on Access.** Permissible temporary limitations to Plaintiffs access include, but are not limited to, the following:

   (a) When a detainee is actively engaged in fingerprinting, a medical examination, or a similar, discrete, time-limited processing procedure requiring uninterrupted physical presence;

1

(b) When a detainee is engaged in or scheduled for consular or legal meetings requiring uninterrupted physical presence;

(c) Within twenty (20) minutes of a detainee's imminent transfer, as reflected in a transport log;

(d) Operational Capacity and Scheduling. ICE may impose reasonable limits on the number of Plaintiffs present at any given time, the duration of visits, and the number of detainees participating in any given session, based on space, staffing, security consideration, and the orderly operation of the facility;

(e) Plaintiffs shall not photograph, record, or otherwise capture audio or visual images within Broadview;

(f) ICE personnel retain discretion to determine whether restraints are necessary during visits if they deem it necessary for safety and security of the staff and visitors. Detainees who elect to receive pastoral care will generally not be placed in wrist restraints, leg restraints, and/or waist restraints during such visits. ICE may apply restraints or modify conditions as necessary based on security, safety, or operational considerations, including but not limited to the number of detainees present, available space, and staffing constraints.

5. **Notice of Plaintiff's Visits and Opportunity to Accept Pastoral Care.** After identification and security screening is complete, Plaintiffs shall be permitted to access Broadview. ICE officers will inform all detainees of the availability of in-person pastoral care, either in the form of posted signs (in English, Polish, and Spanish), notice at intake or processing, or a brief oral announcement in the holding rooms. In addition, ICE officers may also allow Plaintiffs to inform detainees that in person pastoral care is available. If a detainee arrives after the Plaintiffs presence has been announced, and Plaintiffs are still present at Broadview, the newly arrived detainee will be informed of the Plaintiff's presence after the detainee has been fully processed into Broadview, having all intake procedures completed.

6. **Entry and Security Procedures.** Plaintiffs shall provide ICE with identifying information for all proposed visitors, including full name, date of birth, social security number, and a copy of a valid government issued identification document, at least 24 hours in advance of each visit to allow sufficient time for identification and security screening. If Plaintiffs intend to bring religious or sacramental items, they shall provide advance notice at this time.

Plaintiffs are encouraged to designate a consistent group of visitors to facilitate efficient processing and minimize delays. Any proposed additions or substitutions to previously submitted visitors must be provided within the same advance notice period and will be subject to the same screening and approval requirements.

All visitors must comply with standard ICE security and visitation protocols, including background checks and ID verification prior to being granted access to the facility.

7. **Religious and Sacramental Items.** ICE may permit Plaintiffs to bring in religious or sacramental items, including devotional materials, for use during visits, subject to screening and prior approval. ICE retains discretion to examine any items brought into BSSA and to prohibit items that threaten the safety, security, or facility operations, including the potential for concealment of contraband. Any items Plaintiffs are permitted to introduce into Broadview for use during the visits must remain in the possession of Plaintiffs and Plaintiffs must maintain control of such items at all times. Such items must be removed from the facility with the Plaintiffs upon departure.

Plaintiffs may bring devotional materials for distribution, though such materials are limited to paperback or loose items (e.g., pamphlets or photocopies). Hardbound materials, including books, are not permitted for distribution due to security concerns. If a detainee elects to retain devotional materials following the visit, ICE personnel will place the approved materials with the detainee's personal property.