**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Coalition for Spiritual and Public Leadership,
et al.

                Plaintiff,

v.                                  Case No.: 1:25−cv−14168

                                  Honorable Robert W.
                                  Gettleman

Kristi Noem, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 30, 2026:

      MINUTE entry before the Honorable Laura K. McNally. Video motion hearing held 7/30/26 as to Agreed Motion for Entry of Confidentiality Order [59]. For the reasons stated on the record, the motion to enter the proposed confidentiality order is denied. The parties reported that they intend to file a renewed motion and revised proposed order. As before, that motion and accompanying redline shall be submitted to the Court at Proposed_Order_McNally@ilnd.uscourts.gov. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.