**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| COALITION FOR SPIRITUAL AND PUBLIC LEADERSHIP, FR. LARRY DOWLING, SR. JEREMY MIDURA, FR. DENNIS BERRY, FR. DAN HARTNETT, and MICHAEL N. OKIŃCZYC-CRUZ,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, TODD LYONS, MARCOS CHARLES, RUSSELL HOTT, RODNEY S. SCOTT, TODD BLANCHE, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. DEPARTMENT OF JUSTICE, and DONALD J. TRUMP.<br><br>Defendants. | ) | No. 25 C 14168<br><br>Judge Gettleman |

**JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE BRIEFING ON DEFENDANTS' MOTION TO AMEND PRELIMINARY INJUNCTION**

The parties, by their undersigned counsel, move the court for entry of an order extending the briefing schedule on Defendants' Motion to Amend Judgment Granting Preliminary Injunction (dkt. 48). In support of this motion, the parties state as follows:

1. This lawsuit concerns clergy access to arrestees at the U.S. Immigration and Customs Enforcement service staging facility located in Broadview, Illinois.

2. The District Court granted plaintiffs' request for a preliminary injunction on April 7, 2026, requiring plaintiffs to be afforded daily access to the facility. Dkt. 40. Visitation has been ongoing since that date.

3. On May 5, 2026, defendants filed a motion to alter the preliminary injunction, raising operational concerns that had come to light since plaintiffs commence their regular visitation. Dkt. 48.

4. Plaintiffs then sought leave to conduct expedited discovery, as necessary to facilitate preparation of their response. Dkt. 51. Plaintiffs later sought an extended briefing schedule on the motion to amend to allow for adequate time to conduct the discovery. Dkt. 56. Defendants did not oppose either request, and the court granted them on May 14, 2026 and July 1, 2026, respectively. Dkt. 52, 57.

5. Expedited discovery is underway. Plaintiffs served interrogatories and document requests, and defendants served their responses. Defendants also have a document production ready but require entry of a confidentiality order before the documents are released. The parties have been working diligently to formulate an agreed confidentiality order and currently have a version of that order with Magistrate Judge McNally for review.

6. Plaintiffs' response to the motion to amend is currently due on September 9, 2026. Dkt. 57.

7. The parties respectfully request that the briefing schedule be extended to allow for the following actions: entry of the confidentiality order, production of defendants' documents, plaintiffs' review of that production, deposition of the ICE officer whose declaration supported the government's motion to amend.

WHEREFORE, the defendants respectfully request that the Court enter an order revising the briefing schedule on defendants' motion to amend as follows: (1) Plaintiffs shall file their

Response to Defendants' Motion to Amend the Judgment on or before October 23, 2026; and (2) Defendants shall file their Reply thereto on or before November 13, 2026.

Respectfully submitted,

/s/ Thomas H. Geoghegan
Attorney for Plaintiffs

DESPRES, SCHWARTZ, & GEOGHEGAN, LTD.
Thomas H. Geoghegan
77 West Washington Street, Suite 711
Chicago, Illinois 60602
Tel.: (312) 372-2511
tgeoghegan@dsgchicago.com

Patrick V. Dahlstrom, Esq.
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Tel.: (312) 377-1181
pdahlstrom@pomlaw.com

Attorneys for Plaintiffs

ANDREW S. BOUTROS
United States Attorney

By: s/ Sarah F. Terman
SARAH F. TERMAN
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 469-6201
sarah.terman@usdoj.gov