**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **COALITION FOR SPIRITUAL AND PUBLIC LEADERSHIP, FR. LARRY DOWLING, SR. JEREMY MIDURA, F. DENNIS BERRY, FR. DAN HARTNETT, and MICHAEL N. OKINCZYC-CRUZ**<br><br>Plaintiffs,<br><br>-against-<br><br>**MARKWAYNE MULLIN, TODD LYONS, MARCOS CHARLES, RUSSELL HOTT, RODNEY S. SCOTT, TODD BLANCHE, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. DEPARTMENT OF JUSTICE, and DONALD J. TRUMP**<br><br>Defendants. | ) | **Case No. 25 C 14168 (RWG)**<br><br>**Hon. Laura K. McNally** |

**JOINT MOTION FOR ENTRY OF AGREED PRIVACY ACT AND CONFIDENTIALITY ORDER GOVERNING DISCOVERY**

The Parties, by and through their undersigned counsel, move the Court for entry of an Agreed Privacy Act and Confidentiality Order Governing Discovery Production in the Action, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and the Privacy Act, 5 U.S.C. § 552a. The Order was submitted to the Court's proposed order email inbox on August 25, 2026. In support of this motion, the Parties state as follows:

1. This Action concerns access by religious delegations to detainees at the U.S. Immigration and Customs Enforcement processing facility located in Broadview, Illinois.

2. The District Court granted plaintiffs' request to take expedited discovery on May 14, 2026. Dkt. No. 52.

3. Defendants anticipate that during discovery they may produce (a) government records that might contain tactical and other information related to law enforcement activities or national security not made available to the general public that could be used to circumvent law enforcement efforts; (b) sensitive information about the relevant agencies' internal processes, procedures, staffing, priorities, resources, intelligence and/or methods, which is law enforcement sensitive and should not be released to the public; (c) Department of Homeland Security, Immigration and Customs Enforcement, U.S. Customs and Border Protection, or Department of Justice records regarding law enforcement activities and operations, internal policies, processes and procedures, training materials, and internal investigations which contain information that is law enforcement sensitive, for instance, information which would be protected from disclosure under FOIA, 5 U.S.C. § 552, et seq., under the exemption found at 5 U.S.C. § 552(b)(7)(E); and (d) Personally Identifiable Information relating or belonging to non-public facing federal officers, employees, and staff, including, but not limited to, names, addresses, email addresses, and telephones numbers, which if released could endanger the privacy and safety of such officers, agents, employees, and staff.

4. To permit such disclosures and discovery without running afoul of the Privacy Act, the Parties request that the Court enter a confidentiality order and an order pursuant to 5 U.S.C. § 552a(b)(11), which permits disclosure of such records or testimony "pursuant to the order of a court of competent jurisdiction." Accordingly, the Order includes necessary Privacy Act provisions that allow disclosure of federal agency records and specifically protect the agency records that will be disclosed and produced in this case.

5. Language has been added to the Confidentiality Order to allow for certain documents that present heightened security concerns to be designated as "Attorney's Eyes Only." Plaintiffs have

reviewed the designation of "Attorney's Eyes Only" in the Confidentiality Order and consent to its inclusion. *See* Declaration of Michael N. Okinczyc-Cruz, attached as Exhibit A, hereto.

WHEREFORE, the Parties respectfully request that the Court enter the Agreed Privacy Act and Confidentiality Order Governing Discovery Production

Dated: August 29, 2026

Respectfully submitted,

/s/ Thomas H. Geoghegan
Attorney for Plaintiffs

DESPRES, SCHWARTZ, & GEOGHEGAN, LTD.
Thomas H. Geoghegan
77 West Washington Street, Suite 711
Chicago, Illinois 60602
Tel.: (312) 372-2511
tgeoghegan@dsgchicago.com

Patrick V. Dahlstrom, Esq.
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Tel.: (312) 377-1181
pdahlstrom@pomlaw.com

**Attorneys for Plaintiffs**

ANDREW S. BOUTROS
United States Attorney

By: /s/ Sarah F. Terman
SARAH F. TERMAN
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
Tel.: (312) 469-6201
sarah.terman@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing document was filed and served on Defendants through the Court's CM/ECF system on August 29, 2026. Parties of record may obtain a copy through the Court's ECF system,

Respectfully submitted,

/s/ *Thomas H. Geoghegan*.
Thomas H. Geoghegan