**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Coalition for Spiritual and Public Leadership, et al.

Plaintiff,

v.

Case No.: 1:25−cv−14168
Honorable Robert W. Gettleman

Kristi Noem, et al.

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Sunday, August 30, 2026:

MINUTE entry before the Honorable Robert W. Gettleman: Joint Motion For Extension Of Time To Complete Briefing On Defendants' Motion To Amend Preliminary Injunction [62] is granted. Plaintiff's response to defendants' motion to amend the judgment due 10/23/2026; defendants' reply due 11/13/2026. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.