**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Coalition for Spiritual and Public Leadership, et al.

Plaintiff,

v.

Case No.: 1:25−cv−14168
Honorable Robert W. Gettleman

Kristi Noem, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 1, 2026:

MINUTE entry before the Honorable Robert W. Gettleman: Defendant moves to dismiss the complaint [21] "for the reasons stated in the concurrently filed Response to Motion for Preliminary Injunction" [20]. The court granted the motion for preliminary injunction [26]. For the same reasons, the court denies the motion to dismiss. Defendant is directed to answer the complaint by September 29, 2026. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.