**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| COALITION FOR SPIRITUAL AND PUBLIC LEADERSHIP, FR. LARRY DOWLING, SR. JEREMY MIDURA, FR. DENNIS BERRY, FR. DAN HARTNETT, and MICHAEL N. OKIŃCZYC-CRUZ, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 25 C 14168 |
| MARKWAYNE MULLIN, TODD LYONS, MARCOS CHARLES, RUSSELL HOTT, RODNEY S. SCOTT, TODD BLANCHE, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. DEPARTMENT OF JUSTICE, and DONALD J. TRUMP. | ) | Hon. Robert W. Gettleman |
| Defendants. | ) | |

**JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE BRIEFING ON DEFENDANTS' MOTION TO AMEND PRELIMINARY INJUNCTION**

The Parties, by their undersigned counsel, move the Court for entry of an order extending the briefing schedule on Defendants' Motion to Amend Judgment Granting Preliminary Injunction (ECF #48). In support of this motion, the parties state as follows:

1. This lawsuit concerns clergy access to arrestees at the U.S. Immigration and Customs Enforcement service staging facility located in Broadview, Illinois (the "Facility").

2. The District Court granted plaintiffs' request for a preliminary injunction on April 7, 2026, enjoining Defendants from denying Plaintiffs daily access to the Facility (ECF #40). Visitation has been ongoing since that date.

3. On May 5, 2026, Defendants filed a motion to alter the preliminary injunction, raising operational concerns that had come to light since Plaintiffs commenced their regular visitation (ECF #48).

4. Plaintiffs thereafter sought leave to conduct expedited discovery to facilitate preparation of their response (ECF #51).

5. The Parties heretofore have sought, and the Court has granted, extensions to the briefing schedule to respond to discovery requests, review documents, and take depositions. Discovery, however, is ongoing, and the Parties will not complete it in time to file their response and reply under the current schedule.

WHEREFORE, the Parties respectfully request that the Court enter an order revising the briefing schedule on Defendants' motion to amend as follows: (1) Plaintiffs shall file their Response to Defendants' Motion to Amend the Judgment on or before December 7, 2026; and (2) Defendants shall file their Reply thereto on or before December 21, 2026.

Dated: October 16, 2026

Respectfully submitted,

/s/ Thomas H. Geoghegan
Attorney for Plaintiffs

DESPRES, SCHWARTZ, & GEOGHEGAN, LTD.
Thomas H. Geoghegan
77 West Washington Street, Suite 711
Chicago, Illinois 60602
Tel.: (312) 372-2511
tgeoghegan@dsgchicago.com

Patrick V. Dahlstrom, Esq.
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Tel.: (312) 377-1181
pdahlstrom@pomlaw.com

Attorneys for Plaintiffs

ANDREW S. BOUTROS
United States Attorney

By: s/ Sarah F. Terman
SARAH F. TERMAN
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 469-6201
sarah.terman@usdoj.gov

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that the foregoing document was filed and served on Defendants through the Court's CM/ECF system on October 16, 2026. Parties of record may obtain a copy through the Court's ECF system,

Respectfully submitted,

/s/ *Thomas H. Geoghegan* .
Thomas H. Geoghegan